DLA PIPER RUDNICK GRAY CARY US LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-835-6000
Thomas R. Califano (TC-5283)

Counsel to Renee Marie French

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>RENEE MARIE FRENCH<br><br>Debtor | Chapter 7<br>Case No. 04-40365 (ALG) |
| RENEE FRENCH<br><br>Plaintiff,<br>v.<br>NCO FINANCIAL SYSTEMS, INC.<br><br>Defendant. | Adversary Proceeding<br>No. 04-03060 (ALG) |

## NOTICE OF CHANGE OF FIRM NAME

Please be advised that the name of the law firm for the counsel to Renee Marie French, has changed from Piper Rudnick LLP to DLA Piper Rudnick Gray Cary US LLP. The address and telephone number will remain unchanged.

Dated: New York, New York
January 27, 2005

**DLA PIPER RUDNICK GRAY CARY US LLP**

By: /s/ Thomas R. Califano
    Thomas R. Califano (TRC-5283)
    1251 Avenue of the Americas
    New York, New York 10020-1104
    Tel: (212) 835-6000

Counsel to Renee Marie French